IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON POPE<br><br>                    Plaintiff<br><br>v.<br><br>THE OFFICE OF DOUG LAMBORN,<br>U.S. HOUSE OF REPRESENTATIVES,<br>COLORADO, 5TH DISTRICT<br>                    Defendant | Civil Action No: 1:21-cv-1321 (JEB) |

**AFFIDAVIT OF SERVICE ON THE DEFENDANT**

I served a copy of the Summons and Complaint in the above captioned case on the Defendant, by certified mail, return receipt requested, as follows:

    a.    Certified Mail Article No:    7020 0090 0001 2797 9414
    b.    Delivered on:    May 28, 2021
    c.    Delivery address:    C/O Office of House Employment Counsel
                                                 1036 Longworth House Office Building
                                                 Washington, DC 20515

Although the certified mail card was never returned, the USPS tracking information reflects that service was made as indicated above. *See* Exhibit 1, USPS Tracking Information.

                                                                            Signed and Respectfully Submitted,

                                                                            Leslie D. Alderman III (DC Bar No. 477750)
                                                                            ALDERMAN, DEVORSETZ & HORA, PLLC
                                                                            1025 Connecticut Ave., NW,
                                                                            Suite 615
                                                                            Washington, DC 20036
                                                                            Tel: 202-969-8220
                                                                            lalderman@adhlawfirm.com
                                                                            Attorney for Plaintiff